1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for the United States

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         )   1:11-CV-01251-OWW-GSA
                                       )
12 |         Plaintiff,                )   **APPLICATION AND ORDER FOR**
                                       )   **PUBLICATION**
13 |     v.                            )
                                       )
14 | APPROXIMATELY $77,000.00 IN       )
     U.S. CURRENCY,                    )
15 |                                   )
             Defendant.                )
16 |_____    )

17         The United States of America, Plaintiff herein, applies for an order of

18 publication as follows:

19         1.     Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

20 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

21 United States shall cause public notice of the action to be given in a newspaper of

22 general circulation or on the official internet government forfeiture site;

23         2.     Local Rule 171, Eastern District of California, provides that the Court

24 shall designate by order the appropriate newspaper or other vehicle for publication;

25         3.     The defendant approximately $77,00.00 in U.S. Currency (hereafter

26 "defendant currency") was seized in Fresno County, California.

27         4.     Plaintiff proposes that publication be made as follows:

28                a.     One publication;

1         b.      Thirty (30) consecutive days;

2         c.      On the official internet government forfeiture site www.forfeiture.gov;

        d.      The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the seizure/posting;

            (3)    The identity and/or description of the property seized/posted;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: July 28, 2011                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Heather Mardel Jones
                                          HEATHER MARDEL JONES
                                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  **August 1, 2011**                   /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE