1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5




6  Attorneys for the United States

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   1:11-CV-01251-OWW-GSA
                                    )
12 |        Plaintiff,               )   **ORDER REGARDING CLERK'S**
                                    )   **ISSUANCE OF WARRANT FOR**
13 |    v.                           )   **ARREST OF ARTICLES *IN REM***
                                    )
14 | APPROXIMATELY $77,000.00 IN    )
   | U.S. CURRENCY,                 )
15                                  )
   |        Defendant.              )
16 |_____)

17       WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on

18  July 28, 2011, in the United States District Court for the Eastern District of

19  California, alleging that the defendant approximately $77,000.00 in U.S. Currency

20  is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one

21  or more violations of 21 U.S.C. §§ 841 *et seq.*;

22       And, the Court being satisfied that, based on the Verified Complaint for

23  Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special

24  Agent Rosemary Ramirez, there is probable cause to believe that the defendant

25  currency so described constitutes property that is subject to forfeiture for such

26  violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In*

27  *Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or

28  Maritime Claims and Asset Forfeiture Actions;

1  IT IS HEREBY ORDERED that the Clerk for the United States District
2  Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In*
3  *Rem* for the defendant currency.

Dated: August 2, 2011

_____
SHEILA K. OBERTO
United States Magistrate Judge