| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | HEATHER MARDEL JONES<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $77,000.00 IN U.S. CURRENCY,<br><br>Defendant. | 1:11-CV-01251-LJO-GSA<br><br>**STIPULATION TO CONTINUE MOTION DATES AND ORDER THEREON**<br><br>(First Request) |

Claimant Felix Velasco and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The parties are requesting an extension of the briefing dates for the Claimant's Motion for Summary Judgment, as well as a corresponding postponement of the hearing on the Motion for Summary Judgment, due to the need for additional time to review the lengthy Motion and prepare the response and coupled with the fact that counsel for the United States in this action will be absent from the State of California and will be in South Carolina for training purposes from October 17, 2011 through October 21, 2011.

///

1    3. The parties stipulate and agree that the responsive brief to be filed on behalf of the United States can be postponed from October 17, 2011 until November 4, 2011.

4. The parties stipulate and agree that the reply brief to be filed on behalf of Claimant can be postponed from October 24, 2011 to November 18, 2011.

5. The parties further agree, and hereby request permission from the court, that the hearing on the Motion for Summary Judgment be postponed from October 31, 2011 to November 29, 2011. Alternatively, if the court is unable to accommodate the request for November 29, 2011, the parties suggest November 23, 2011, as an alternate option for the re-scheduling of the hearing on the Motion for Summary Judgment.

6. This is the Parties' first request for an extension and no further extensions are currently anticipated.

                                                Respectfully submitted,
                                                BENJAMIN B. WAGNER
                                                United States Attorney

Date: October 12, 2011                /s/ Heather Mardel Jones
                                                HEATHER MARDEL JONES
                                                Assistant United States Attorney

Date: October 12, 2011                /s/ Edward Michael Burch
                                                EDWARD MICHAEL BURCH
                                                Attorney for Claimant Felix Velasco

**ORDER**

Based on the parties' stipulation, this Court:

1. VACATES the October 31, 2011 summary judgment hearing;
2. ORDERS the United States, no later than November 4, 2011, to file and serve papers to respond to Claimant's summary judgment motion; and
3. ORDERS Claimant, no later than November 18, 2011, to file and serve

summary judgment reply papers.

Pursuant to its practice, this Court will consider Claimant's summary judgment motion on the record without a hearing, unless this Court orders otherwise.

Due to having the heaviest district court caseload in the nation, limited resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court ADMONISHES the parties that it is unable to commit to address this action to meet the parties' needs and expectations. As such, this Court urges Claimant to reconsider the conduct of all further proceedings by a U.S. Magistrate Judge, whose caseload and availability is more accommodating to the parties.

IT IS SO ORDERED.

**Dated:   October 13, 2011**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE