IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>APPROXIMATELY $77,000 IN<br>U.S. CURRENCY,<br><br>          Defendant.<br>_____/ | CASE NO. CV F 11-1251 LJO GSA<br>New Case No. CV F 11-1251 GSA<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE AND TO RESET SUMMARY JUDGMENT MOTION** |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Gary S. Austin for all further proceedings, including entry of judgment, in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All further papers shall bear the new case number **CV F 11-1251 GSA**.

The claimant's pending summary judgment motion is reassigned to U.S. Magistrate Judge Gary S. Austin with a hearing set for December 2, 2011 at 9:30 a.m. in Department 10.

This district judge will take no further action in this case.

IT IS SO ORDERED.

**Dated:     October 28, 2011**                          /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE

1