1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                    CASE NO. CV F 11-1251 LJO GSA
                                                  **New Case No. CV F 11-1251 GSA**
12                    Plaintiff,
                                                  **ORDER OF REFERENCE TO**
13        vs.                                     **MAGISTRATE JUDGE AND TO RESET**
                                                  **SUMMARY JUDGMENT MOTION**
14   APPROXIMATELY $77,000 IN
     U.S. CURRENCY,
15
                      Defendant.
16   _____/

17        The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge.

18   Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Gary S. Austin

19   for all further proceedings, including entry of judgment, in accordance with 28 U.S.C. § 636(c) and

20   F.R.Civ.P. 73(c).  All further papers shall bear the new case number **CV F 11-1251 GSA**.

21        The claimant's pending summary judgment motion is reassigned to U.S. Magistrate Judge Gary

22   S. Austin with a hearing set for December 2, 2011 at 9:30 a.m. in Department 10.

23        This district judge will take no further action in this case.

24

25

26   IT IS SO ORDERED.

27   **Dated:    October 28, 2011**              _____/s/ Lawrence J. O'Neill_____
                                                        UNITED STATES DISTRICT JUDGE
28

1