BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $77,000.00 IN U.S. CURRENCY,<br><br>Defendant. | 1:11-CV-01251-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING DATES RE CLAIMANT'S MOTION FOR SUMMARY JUDGMENT AND ORDER THEREON** |

Claimant Felix Velasco and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The parties submit this stipulated request to a one-week extension of the briefing dates for the Claimant's Motion for Summary Judgment, as counsel for the United States has been unavailable due to severe illness.

3. The parties stipulate and agree that the responsive brief to be filed on behalf of the United States be extended from Friday, November 4, 2011 to November 11, 2011 and that the reply brief to be filed on behalf of Claimant be extended from November 23, 2011 to November 28, 2011.

///

6. This is the parties' second request for an extension and no further extensions are currently anticipated.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: November 4, 2011        /s/ Heather Mardel Jones
                              HEATHER MARDEL JONES
                              Assistant United States Attorney

Date: November 3, 2011        /s/ Edward Michael Burch
                              EDWARD MICHAEL BURCH
                              Attorney for Claimant Felix Velasco
                              (Original signature retained by attorney)

## ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED the responsive brief to be filed on behalf of the United States is extended and now due on November 11, 2011; the reply brief to be filed on behalf of Claimant is extended and now due on November 28, 2011.

The hearing date of December 2, 2011 remains unaffected by this order.

IT IS SO ORDERED.

Dated: **November 7, 2011**            /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE