| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | HEATHER MARDEL JONES |
| | Assistant United States Attorney |
| 3 | United States Courthouse |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | (559) 497-4000 Telephone |
| 5 | (559) 497-4099 Facsimile |
| 6 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CV-01251-GSA |
| | ) | |
| Plaintiff, | ) | **FIRST AMENDED STIPULATION** |
| | ) | **TO CONTINUE FRCP RULE 16(b)** |
| v. | ) | **SCHEDULING ORDER DISCOVERY** |
| | ) | **DATES AND ORDER** |
| APPROXIMATELY $77,000.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the United States of America, claimant Felix Velasco, and his counsel of record, as follows:

On April 25, 2012, the parties to this matter submitted their Joint Scheduling Report setting forth the various discovery, disclosure, and dispositive motion dates, as required pursuant to FRCP Rule 16(b);

The parties now jointly agree that to facilitate and complete full discovery and disclosure of said discovery, the discovery and disclosure dates currently set forth in the Joint Scheduling Report and the Court's Scheduling Order issued pursuant thereto should be extended approximately thirty (30) days;

That extension of the discovery dates will not affect the trial or pre-trial motion dates set forth in the Scheduling Order;

The parties hereby stipulate that the dates set forth in the parties' Joint Scheduling

**Report** and in the Court's May 3, 2012 Scheduling Order (Doc. 42) should be changed to the **following** dates:

| Discovery Event | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Non-Expert Discovery | February 20, 2013 | March 22, 2013 |
| Expert Disclosure | March 6, 2013 | April 5, 2013 |
| Supplemental Expert | March 20, 2013 | April 19, 2013 |
| Expert Discovery | April 5, 2013 | May 13, 2013 |

In the alternative, if it is the Court's preference that the parties stipulate to continue all dates within the Scheduling Order an additional 30 days, a further amended stipulation shall be filed.

Respectfully submitted,

DATED: January 25, 2013

BENJAMIN B. WAGNER
United States Attorney


 /s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney


DATED: January 25, 2013

 /s/ Edward M. Burch
EDWARD M. BURCH
Attorney for Claimant Felix Velasco
(Original signature retained by attorney)

///

///

///

///

///

///

///

///

///

**ORDER**

All discovery dates currently set forth in the Court's May 3, 2012 Scheduling Order (Doc. 42) shall be rescheduled to those dates stipulated to by the parties, as set forth above. Additionally, the parties are advised that **the deadline for filing of non-dispositive motions is extended until May 20, 2013, to accommodate for the expert discovery deadline**. All other deadlines for filing dispositive motions, the pretrial conference and the trial remain as set forth in the scheduling order issued on May 3, 2012. (Doc. 42). All other orders in the scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 28, 2013**   /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE