BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $77,000.00 IN U.S. CURRENCY, <br><br> Defendant. | 1:11-CV-01251-GSA <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON CLAIMANT FELIX VELASCO'S MOTION TO DISMISS AND UNITED STATES' MOTION FOR LEAVE TO AMEND COMPLAINT** |

It is hereby stipulated between plaintiff United States of America and Claimant Felix Velasco (hereafter "Claimant"), by and through their undersigned attorneys, as follows:

1. On January 18, 2013, Claimant filed a Motion to Dismiss Forfeiture Complaint. The motion is set for hearing on February 15, 2013, at 9:30 a.m. before Honorable Gary S. Austin.

2. On January 25, 2013, the United States filed a Motion for Leave to Amend Complaint, the hearing of which was also set for February 15, 2013 at 9:30 a.m. before Honorable Gary S. Austin. This motion was scheduled in error; the hearing should be set for hearing on February 22, 2013.

3. The Assistant United States Attorney assigned to this case will be on leave to the National Advocacy Center (NAC) in South Carolina from February 11, 2013 to and through February 15, 2013 and will be unable to attend the February 15, 2013 hearing. In

Stipulation and Order to Continue Hearing on Claimant Felix Velasco's Motion to Dismiss and United States' Motion for Leave to Amend Complaint

1

1. addition, the undersigned Assistant U.S. Attorney is the sole forfeiture attorney in the United States Attorney's Office and requesting another Assistant United States Attorney to appear on her behalf will not suffice to adequately represent the United States' interests in this case.

4. In order to avoid duplication of efforts, as the motions involve the same issue and should be considered together, the parties stipulate to continue both hearings to March 8, 2013.

Wherefore, the parties hereby stipulate to continue the hearing on Claimant's motion to dismiss and the United States' motion for leave to amend until March 8, 2013, or as soon thereafter as the matter may be heard, and to continue the briefing schedule in accordance with the continued hearing date.

Respectfully submitted,

Dated: January 30, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant U.S. Attorney
Attorneys for the United States

Dated: January 30, 2013

 /s/ Edward M. Burch
EDWARD M. BURCH
Attorney for Claimant
Felix Velasco
(Original signature retained by attorney)

IT IS SO ORDERED.

Dated:   **January 31, 2013**             **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Continue Hearing on Claimant Felix Velasco's Motion to Dismiss and United States' Motion for Leave to Amend Complaint

2