BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-01251-GSA |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND LOCAL RULE 160 DEADLINE TO FILE FINAL DISPOSITIONAL DOCUMENTS; ORDER THEREON** |
| APPROXIMATELY $77,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, the United States of America and sole claimant, Felix Velasco via Mary I. Brock on behalf of Felix U. Velasco and as Administrator of the Estate of Felix Velasco (hereafter "Claimant"), by and through their respective counsel of record, as follows:

1  Stipulation to Extend Rule 160 Deadline;
   Order Thereon

1. The parties, having reached a settlement, filed a Notice of Settlement on February 6, 2014. ECF No. 82.

2. Pursuant to Local Rule 160, and as reflected in the Minute Order issued by the Court on February 6, 2014 (ECF No. 83), the parties were required to file the final dispositional documents by February 27, 2014, unless good cause is shown.

3. Based on good cause shown herein, the parties now jointly agree and request to extend the deadline by which final dispositional documents are to be filed, to April 30, 2014.

4. Good cause appears for an extension of the Local Rule 160 deadlines as follows: due to the recent filing of the Amended Complaint, the United States is required to re-publish the Notice of the Forfeiture Action and re-serve known potential claimants with notice of the forfeiture action. The publication and notice deadlines have not yet run, but are expected to be completed no later than April 10, 2014.

///

///

///

///

///

///

///

///

///

Stipulation to Extend Rule 160 Deadline; Order Thereon

5. Upon the expiration of the notice deadlines, and as stipulated to by the United States and Claimant in the Stipulation to Final Judgment of Forfeiture ("Settlement Agreement"), the United States will then file the necessary documents to obtain the default judgment of the remaining non-appearing parties and as to all other persons. Upon issuance of the Order of Default Judgment by the Court, the United States will then file the final dispositional documents. It is anticipated that this process can be completed by April 30, 2014.

Dated: February 27, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

/s/ Edward M. Burch
EDWARD M. BURCH
Attorney for Claimant

## ORDER

The Court adopts the parties' stipulation set forth above. Accordingly, final dispositional documents in this case shall be filed on or before April 30, 2014.

IT IS SO ORDERED.

Dated: **February 28, 2014**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE