BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-01251-GSA |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $77,000.00 IN U.S. CURRENCY, | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE** |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant approximately $77,000.00 in U.S. Currency (hereafter "defendant currency") seized on or about January 25, 2011.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 28, 2011, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On August 2, 2011, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on August 9, 2011.

4. Beginning on August 3, 2011, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.

///

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Felix Velasco

    b. Jorge Luis Tostado Delgado

    c. Edward M. Burch, attorney

6. On August 15, 2011, Felix Velasco filed a Verified Claim of Felix Velasco Opposing Forfeiture and Answer of Felix Velasco to Government's Complaint for Forfeiture In Rem.

7. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired. As such, the Clerk of the Court entered a Clerk's Certificate of Entry of Default against Jorge Luis Tostado Delgado on April 19, 2013.

8. On January 18, 2013, Claimant filed a Motion to Dismiss for Lack of Jurisdiction. On January 25, 2013, the United States filed a Motion to Amend the Complaint to add the Verification signature page. On February 1, 2013, the United States filed its Opposition to the Motion to Dismiss. On February 22, 2013, Claimant filed his Opposition to the Motion to Amend. On February 28, 2013, the United States filed its Reply to the Opposition to the Motion to Amend. On March 1, 2013, Claimant filed his Reply to the Opposition to the Motion to Dismiss. On March 4, 2013, Claimant filed a Notice of Newly Discovered Pertinent Authority. On March 5, 2013, the United States filed an Objection to the Notice of Newly Discovered Pertinent Authority.

9. Prior to the resolution by the Court of the pending motions, on April 23, 2013, the parties file a Notice of Settlement, and on May 10, 2013, filed the Proposed Order for final Judgment of Forfeiture and the Stipulation for Final Judgment of Forfeiture.

10. Thereafter, and prior to the Court's issuance of the Order for Final Judgment of Forfeiture, Claimant died.

11. On October 30, 2013, Claimant's counsel filed a Suggestion of Death.

12. Thereafter, on December 20, 2013, the Court issued its Order on the pending Motion to Dismiss and Motion to Amend, allowing the United States to file an Amended Complaint.

13. On December 20, 2013, the First Amended Verified Complaint was filed.

14. On December 31, 2013, the Clerk issued an Amended Warrant for Arrest for the defendant currency. The Amended Warrant was duly executed on January 6, 2014.

15. Beginning on February 5, 2014, for at least 30 consecutive days, the United States published notice of the amended action on the official government forfeiture site www.forfeiture.gov. The Declaration of Publication was filed on March 7, 2014.

16. Service of the Amended Complaint and Amended Warrant for Arrest of Articles In Rem was effectuated on potential claimant Jorge Luis Tostado Delgado. No claim was filed by or on behalf of Jorge Luis Tostado Delgado. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Jorge Luis Tostado Delgado on March 12, 2014. The United States and Claimant also join in a request that as part of the Final Judgment of Forfeiture in this case the Court thereafter enter a default judgment against the interest, if any, of Jorge Luis Tostado Delgado.

17. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Felix Velasco, Jorge Luis Tostado Delgado, and all other potential claimants.

3. After entry by the Court of a Final Judgment of Forfeiture herein, $46,200.00 of the defendant approximately $77,000.00 in U.S. Currency, together with any interest that has accrued on the entire $77,000.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. After entry by the Court of a Final Judgment of Forfeiture herein, but no later than 60 days after Claimant has provided the necessary electronic funds transfer paperwork, $30,800.00 of the defendant approximately $77,000.00 in U.S. Currency shall be returned to Claimant, through his attorney of record, Edward M. Burch, Law Offices of David Michael, One Sansome Street, Suite 3500, San Francisco, California 94104, telephone (415) 946-8996.

5. That the parties and their servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on July 28, 2011, and the Amended Complaint filed on December 20, 2013, the Court finds that there was probable cause for arrest and seizure of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California, Hon. Gary S. Austin, District Court Magistrate Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

9. The Clerk of the Court is directed to close this case.

SO ORDERED THIS 25 day of April, 2014.

    **/s/ Gary S. Austin**
GARY S. AUSTIN
United States Magistrate Judge

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed July 28, 2011, the First

Amended Complaint filed December 20, 2013, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: **April 25, 2014**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE